**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TIMOTHY GROSSO,

                Plaintiff,              21 **CIVIL** 6798 (ER)

   -v-                                 **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 7, 2022, the Court has ADOPTED Judge Willis' R & R in its entirety. The Court has reviewed Judge Willis thorough R & R and finds no error, clear or otherwise. Judge Willis reached her determinations after a careful review of the parties' submissions. See Doc. 19. Grosso's motion for judgment on the pleadings is granted, and the Commissioner's motion for judgment on the pleadings is denied.

**Dated:**  New York, New York
         October 11, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                            **BY:**   *K. Mango*

                                                          **Deputy Clerk**